# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road,
Melville NY 11747
(631) 247-0404 Direct
(631) 247-0417 Fax
jacksonlewis.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/2023

DIRECT DIAL: (631) 247-4671
EMAIL ADDRESS: BRIAN.SHENKER@JACKSONLEWIS.COM

**MEMO ENDORSED**

September 5, 2023

**VIA ECF**

Hon. Barbara Moses, U.S.MJ.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Juan Chavez v. Gerasimos Thomatos and Stebar Food Corp. d/b/a Walnut Bus Coffee Shop*
Case No. 1:23-cv-01431 (PGG) (BCM)

Dear Judge Moses:

We represent the Defendants, Gerasimos Thomatos and Stebar Food Corp. d/b/a Walnut Bus Coffee Shop, in the above-referenced matter. We write with Plaintiff's counsel to jointly request an adjournment of the status conference scheduled for September 13, 2023 at 10 AM. On May 9, 2023, this Court referred the Parties to mediation. *See* Dkt. 15. A meditator was subsequently assigned by the Court on June 5, 2023. *See* Dkt. 16. The mediator, however, had limited availability which has impeded the scheduling of mediation. Thus, the parties have opted to engage in a private mediation on November 21, 2023. The parties, therefore, respectfully request the status conference scheduled for September 13, 2023 be adjourned until after the mediation.

There have been no previous requests for an extension of time. The requested adjournment would not impact any other scheduled dates.

We thank the Court for its consideration of this request.

Very truly yours,

JACKSON LEWIS P.C.

*s/ Brian J. Shenker*

Brian J. Shenker

---

Application GRANTED. The initial case management conference scheduled for September 13, 2023 is adjourned *sine die*. No later than one week after the conclusion of the parties' private mediation, the parties shall jointly file a letter updating the Court on what issues, if any, remain in the case. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
September 6, 2023