UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JUAN CHAVEZ,                                                                      1:23-cv-01431(PGG)(BCM)

                                                                                                                         **JUDGMENT**

        Plaintiff,

           -against-

GERASIMOS THOMATOS and STEBAR
FOOD CORP. d/b/a Walnut Bus Stop Coffee
Shop,

        Defendants.
-------------------------------------------------------X

        It is hereby ORDERED, ADJUDGED AND DECREED: That pursuant to Federal Rule of Civil Procedure 68 and based upon the combined filing of Defendants' Offer of Judgment and Plaintiff's Notice of Acceptance thereof, judgment is hereby entered for Plaintiff Juan Chavez in connection with the Fair Labor Standards Act claims alleged in this Action against Defendants Stebar Food Corp. d/b/a Walnut Bus Stop Coffee Shop and Gerasimos Thomatos in the amount of $9,000.00.  **The Clerk of Court is directed to close this case.**

Dated: New York, New York
       April 3, 2024

                                                                           SO ORDERED

                                                                           _____
                                                                           Hon. Paul G. Gardephe
                                                                           United States District Judge